UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Lee Bailey,    Civil No. 04-1397 (DWF/SRN)

    Plaintiff,

v.    **ORDER**

Sgt. Andrew Schmidt, Officer Garmen,
E-R Team led by Sgt. Young, Officer
Blauert, Unknown Officers, Sheriff Patrick
McGowan, and Unknown Animal Control
Officer,

    Defendants.

_____

Robert Lee Bailey, *Pro Se*, Plaintiff.

C. Lynn Fundingsland, Esq., Minneapolis City Attorney's Office, counsel for Defendants Sgt. Andrew Schmidt, Officer Garmen, E-R Team, and Officer Blauert.

Toni A. Beitz, Esq., Hennepin County Attorney's Office, counsel for Sheriff Patrick McGowan.

_____

This matter is before the Court upon Plaintiff's objections to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated February 1, 2006, recommending that: (1) Defendant Patrick McGowan's Motion for Summary Judgment be granted; (2) Defendants Andrew Schmidt, Officer Garmen, E-R Team, and Officer Blauert's Motion for Summary Judgment be granted; (3) Plaintiff's Motion Requesting Denial of Defendant Sheriff Patrick D. McGowan's Motion for Summary Judgment be denied; (4) Plaintiff's Motion Requesting Stay On All Proceedings be denied; and (5) all of Plaintiff's claims be dismissed with prejudice.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintff's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1. Plaintiff Robert Lee Bailey's objections (Doc. No. 119) to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated February 1, 2006, are **DENIED**.

2. Magistrate Judge Susan Richard Nelson's Report and Recommendation dated February 1, 2006 (Doc. No. 118), is **ADOPTED**.

3. Defendant Patrick McGowan's Motion for Summary Judgment (Doc. No. 64) is **GRANTED**.

4. Defendants Andrew Schmidt, Officer Garmen, E-R Team, and Officer Blauert's Motion for Summary Judgment (Doc. No. 83) is **GRANTED**.

5. Plaintiff's Motion Requesting Denial of Defendant Sheriff Patrick D. McGowan's Motion for Summary Judgment (Doc. No. 104) is **DENIED**.

6. Plaintiff's Motion Requesting Stay On All Proceedings (Doc. No. 111) is **DENIED.**

7. All of Plaintiff's claims are **DISMISSED WITH PREJUDICE**.


Dated:  February 27, 2006             s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      Judge of United States District Court